IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00217-CR

 

Darion Richardson,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 13th District Court

Navarro County, Texas

Trial Court No. 30944

 



ABATEMENT ORDER



 

Appellant’s brief was due on or before October 25,
2007.  On November 1, 2007, we sent a letter to Appellant’s counsel about this
due date and stated that unless a brief or satisfactory response was received
within ten days, the Court would abate this appeal and order the trial court to
immediately conduct a hearing.  To date, no brief or response has been filed.

The Court abates this cause to the trial court
with instructions to hold a hearing to determine: (1) why a proper brief has
not been filed on Appellant’s behalf; (2)
whether Appellant’s attorney has
abandoned the appeal; (3) whether Appellant still desires to proceed with the
appeal; and (4) whether Appellant desires to represent himself.  See Tex. R. App. P. 38.8(b)(2); Fewins
v. State, 170 S.W.3d 293 (Tex. App.—Waco 2005, order) (Fewins
contains an extended discussion of these issues).

The trial court shall conduct the hearing within
thirty days after the date of this order.  The trial court clerk and court
reporter shall file supplemental records within forty-five days after the date
of this order.  See Fewins, 170 S.W.3d at 296-97.

             


                          
                                             

PER CURIAM

 

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Appeal
abated

Order issued and filed
December 12, 2007

Do not publish